IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GUNNER GRAY,[1] | § | |
| | § | |
| Petitioner Below, | § | No. 29, 2022 |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DIVISION OF CHILD SUPPORT | § | File No. CK12-01403 |
| SERVICES, | § | Petition No. 21-17802 |
| | § | |
| Respondent Below, | § | |
| Appellee. | | |

Submitted: February 11, 2022
Decided: February 28, 2022

## **O R D E R**

The Senior Court Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed because this Court lacks jurisdiction to consider an appeal from a decision issued by a Family Court Commissioner. On January 31, 2022, the Court received the certified mail receipt indicating that the appellant had received the notice to show cause. The appellant has not responded to the notice within the required ten-day period. For that reason, dismissal of the appeal is deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2)

and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice